1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10     Gerald S Complita,

11                              Petitioner,            CASE NO. 3:19-cv-05285-BHS-DWC

12            v.                                       ORDER SUBSTITUTING
                                                       RESPONDENT
13     State of Washington,

14                              Respondent.

15

16            Petitioner Gerald S. Complita, who is proceeding *pro se*, filed a Petition for Writ of

17     Habeas Corpus pursuant to 28 U.S.C. § 2254. Dkt. 1. In his Petition, Petitioner named the State

18     of Washington as Respondent. *See id.* The proper respondent to a habeas petition is the "person

19     who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United*

20     *States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

21     According to his Petition, Petitioner is currently confined at Coyote Ridge Corrections Center

22     ("CRCC") in Connell, Washington. *See* Dkt. 1. The Superintendent of CRCC is Jeffrey A.

23     Uttecht.

24

1    Accordingly, the Clerk of Court is directed to substitute Jeffrey A. Uttecht as the

2  Respondent in this action. The Clerk of Court is also directed to update the case title.

3      Dated this 30th day of April, 2019.

4

5      _____
       David W. Christel
6      United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24