UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERALD S. COMPLITA,<br><br>               Petitioner,<br><br>    v.<br><br>JEFFREY A. UTTECHT,<br><br>               Respondent. | CASE NO. C19-5285 BHS<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION |

This matter comes before the Court on Petitioner Gerald Complita's ("Complita") motion for reconsideration. Dkt. 22.

On September 6, 2019, the Court adopted the Report and Recommendation of the Honorable David W. Christel, United States Magistrate Judge, over Complita's objections. Dkt. 20. The Court concluded that Complita had failed to exhaust his claims in state court and dismissed the petition without prejudice. *Id.* On September 19, 2019, Complita filed the instant motion arguing that he is entitled to federal review of his petition despite his failure to exhaust. Dkt. 22. The Court has rejected Complita's arguments under binding precedent. Dkt. 20 at 2 (citing *Calderon v. U.S. Dist. Court for N. Dist. of California*, 134 F.3d 981, 984 (9th Cir. 1998) (exhaustion is "one of the pillars

of federal habeas corpus jurisprudence.")). Accordingly, the Court **DENIES** Complita's motion for reconsideration.

**IT IS SO ORDERED**.

Dated this 23rd day of September, 2019.

BENJAMIN H. SETTLE
United States District Judge